UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARMEL ALVAREZ,

                        Plaintiff,                    **ORDER**
                                                                          CV 05-3703 (ENV) (ARL)

       -against-

RYDER TRUCK RENTAL, et al.,

                        Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' unopposed letter application dated November 10, 2006 seeking an order compelling the plaintiff to serve his response to their Notice to Produce. The Notice sought the production of medical authorizations for the release of records concerning an accident on August 18, 2000 involving the plaintiff. According to the defendants, the Notice was served on April 20, 2006 and, having not received a response, they sent follow-up letters to the plaintiff on June 6, 2006, September 7, 2006, September 26, 2006 and November 1, 2006.

      The application is granted as unopposed. The plaintiff shall serve his response by November 30, 2006. The plaintiff is warned that the failure to comply with this order may lead to a recommendation to district Judge Vitaliano that his complaint be dismissed for failure to prosecute.

Dated: Central Islip, New York                 **SO ORDERED:**
       November 20, 2006

                                                             _____/s/_____
                                                             ARLENE R. LINDSAY
                                                             United States Magistrate Judge